February 4, 2026

Morgan T. Nickerson
morgan.nickerson@klgates.com

T +1 617 261 3134
F +1 617 261 3175

The Honorable Nathanael M. Cousins
U.S. District Court, Northern District of California
280 South First Street, Courtroom 4
San Jose, CA 95113

***Re: Corsair Gaming, Inc. v. Choice Electronics Inc., C.A. 5:25-cv-00045***
***Request for Adjournment of February 11, 2026 Hearing and Discovery Status Report***

Dear Judge Cousins:

Pursuant to Your Honor's January 21, 2026 Minute Entry, the parties jointly submit this status letter along with a request to adjourn the February 11, 2026 to conserve judicial resources.

Specifically, after the January 21, 2026 Discovery Hearing, the parties have engaged in further meet and confer efforts regarding the outstanding discovery issues discussed at the Hearing (*see* Dkt. 81). However, the parties require additional time to complete those meet and confer efforts. The parties understand that the Court directed the parties to submit a joint report by today, detailing any remaining issues for which they request assistance from the Court. The parties respectfully request an extension of time to submit such report, because they believe that additional time may allow them to narrow or resolve several disputes without further Court involvement.

Accordingly, the parties respectfully request that the current schedule be continued, such that the discovery hearing currently schedule for February 11 be held in abeyance, with a further joint discovery status report due on February 11, 2026 that will include proposed dates for rescheduling the further discovery status hearing.

Respectfully submitted,

*/s/ Morgan T. Nickerson*
Morgan T. Nickerson
Counsel for Plaintiff Corsair Gaming, Inc.

cc: All counsel of record via ECF