K&L GATES

February 11, 2026

Morgan T. Nickerson
morgan.nickerson@klgates.com

T +1 617 261 3134
F +1 617 261 3175

The Honorable Nathanael M. Cousins
U.S. District Court, Northern District of California
280 South First Street, Courtroom 4
San Jose, CA 95113

***Re: Corsair Gaming, Inc. v. Choice Electronics Inc., C.A. 5:25-cv-00045***
***Discovery Status Report***

Dear Judge Cousins:

Pursuant to Your Honor's January 21, 2026 Minute Entry and February 4, 2026 Order (*see* Dkt. 83), the parties jointly submit this status letter.

The parties have engaged in further meet and confer efforts regarding the outstanding discovery issues discussed at the Hearing (*see* Dkt. 81), and have made some progress, but have not yet reached a resolution as to others. While discovery disputes remain, the parties remain optimistic that they will be able to narrow or resolve several disputes without further Court involvement, but require additional time to do so.

Accordingly, the parties respectfully request that the deadline for their joint discovery status report be extended. Unfortunately, the parties we not able to agree on a date for the submission of a further status report. Counsel for Corsair Gaming Inc. is unavailable next week (February 16-20) as it is his children's school vacation week. Accordingly, Corsair Gaming Inc. requests that it submit a further status report on February 25 indicating whether a further discovery conference is required. Choice Electronics Inc. requests that the deadline for a further status report be scheduled for February 13 or 18, 2026, and that the Court reschedule the further discovery status hearing for February 25, 2026 via remote means.

Respectfully submitted,

*/s/ Morgan T. Nickerson*
Morgan T. Nickerson

Counsel for Plaintiff Corsair Gaming, Inc.