# K&L GATES

February 25, 2026

Morgan T. Nickerson
morgan.nickerson@klgates.com

T +1 617 261 3134
F +1 617 261 3175

The Honorable Nathanael M. Cousins
U.S. District Court, Northern District of California
280 South First Street, Courtroom 4
San Jose, CA 95113

Re:   *Corsair Gaming, Inc. v. Choice Electronics Inc.*, C.A. 5:25-cv-00045
      *Discovery Status Report*

Dear Judge Cousins:

Pursuant to the February 17, 2026 Clerk's Notice (*see* Dkt. 85), the parties jointly submit this status letter.

The parties have continued to engage in meet and confer discussions regarding the remaining discovery disputes. Those discussions are ongoing, and the parties have made some incremental progress. However, resolution has taken longer than anticipated. In part, this is due to a recent severe snowstorm in the Northeast, which left undersigned counsel without power and with limited ability to work for several days, slowing the pace of discussions and document review.

Given the remaining issues and the time required to complete meet and confer efforts in good faith, the parties respectfully request that the Court schedule a discovery hearing on March 18, 2026. The parties further propose that a joint discovery letter not exceeding ten-pages identifying the specific outstanding discovery issues to be addressed at the hearing be due by March 16.

The parties believe that setting a firm hearing date, while continuing to confer in the interim, will facilitate a focused and efficient resolution of any disputes that cannot be resolved without Court involvement.

Respectfully submitted,

*/s/ Morgan T. Nickerson*
Morgan T. Nickerson

Counsel for Plaintiff Corsair Gaming, Inc.