TYLER R. DOWDALL (State Bar No. 258950)
*tdowdall@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
1880 Century Park East, Suite 1104
Los Angeles, CA 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465

MARK BERKOWITZ (admitted *pro hac vice*)
*mberkowitz@tarterkrinsky.com*
SANDRA A. HUDAK (admitted *pro hac vice*)
*shudak@tarterkrinsky.com*
MICHAEL BENZAKI (admitted *pro hac vice*)
*mbenzaki@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, New York 10018
Telephone: (212) 574-0377
Facsimile: (212) 216-8001

***Attorneys for Defendant/Counterclaimant Choice Electronics Inc.***

TARTER KRINSKY & DROGIN LLP
1880 CENTURY PARK EAST, SUITE 1104
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (424) 330-8580 • FACSIMILE (315) 512-1465

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CORSAIR GAMING, INC.,

Plaintiff,

v.

CHOICE ELECTRONICS INC.,

Defendant

CHOICE ELECTRONICS INC.,

Counterclaim-Plaintiff,

v.

CORSAIR GAMING, INC and CORSAIR MEMORY INC.,

Counterclaim-Defendants.

Case No. 5:25-cv-00045-BLF (NMC)

***[DISCOVERY MATTER]***

DECLARATION OF SANDRA A. HUDAK IN SUPPORT OF CHOICE ELECTRONICS INC.'S POSITIONS IN THE PARTIES' JOINT LETTER [ECF NO. 94]

[Assigned to the Hon. Beth Labson Freeman and Hon. Nathanael M. Cousins]

TARTER KRINSKY & DROGIN LLP
1880 CENTURY PARK EAST, SUITE 1104
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (424) 330-8580 • FACSIMILE (315) 512-1465

**DECLARATION OF SANDRA A. HUDAK**

1. I am a Partner at the law firm of Tarter Krinsky & Drogin LLP, which represents Defendant/Counterclaimant Choice Electronics Inc. ("Choice") in the above referenced matter. I submit this Declaration in support of Choice's portions of the Parties' Joint Discovery Letter regarding the parties' discovery disputes [ECF No. 94], pursuant to the discussion at the March 18, 2026 Conference.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email exchange between counsel for Choice and counsel for Corsair Gaming, Inc. ("Corsair") dated January 30, 2026 through February 4, 2026, with a redaction of HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information that is irrelevant to the parties' discovery letter.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email from counsel for Choice to counsel Corsair dated February 4, 2026, whereby Choice produced documentation and information specifically requested by Corsair at the January 21 Conference.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email exchange between counsel for Choice and counsel for Corsair dated February 5, 2026, through February 11, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 19, 2026

*/s/ Sandra A. Hudak*
Sandra A. Hudak (*Pro Hac Vice*)