Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Sandra A. Hudak**
**Partner**
**212-216-1174**
**shudak@tarterkrinsky.com**

**Via ECF** March 25, 2026

The Honorable Nathanael M. Cousins, U.S.M.J.
United States District Court, N.D. Cal.
280 South 1st Street, Courtroom 5
San Jose, California 95113

Re: *Corsair Gaming, Inc. v. Choice Electronics, Inc.*, Case No. 5:25-cv-00045-BLF (NMC)
Status Letter re Deposition Scheduling

Dear Judge Cousins:

In accordance with Your Honor's request at the March 18, 2026 discovery conference, Defendant/Counterclaimant Choice Electronics, Inc. ("Choice") provides the following update on its attempts to contact certain current and former employees regarding depositions requested by Plaintiff/Counterclaim-Defendant Corsair Gaming, Inc. ("Corsair").

Corsair requested at the conference that Choice make former, part-time, employee Mr. Lester Lugo available for a deposition. Choice has been unable to reach Mr. Lugo by telephone, despite attempts on March 18, 19, 23 and 24. Choice can provide Corsair with Mr. Lugo's last known address.

Corsair also requested the deposition of Choice part-time employee Mr. Fahim Hridoy. Mr. Hridoy has advised that he can be available for a deposition on the morning of April 16 (such that he may attend class in the afternoon), subject to provision of a translator by Corsair.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Sandra A. Hudak*

Sandra A. Hudak

cc: All Counsel of Record via ECF